Goldstein et al., Appellants, *v.* Philadelphia
School District.

Argued January 12, 1938. Before KEPHART, C. J.,
SCHAFFER, MAXEY, DREW, LINN and STERN, JJ.

*Abraham Wernick,* with him *Rowland C. Evans,* of
*Evans & Wernick,* for appellants.

*Warwick Potter Scott,* with him *Robert von Mosch-
zisker,* for appellee.

PER CURIAM, January 31, 1938:
The minor plaintiff, 12 years of age, was injured while
playing on the fire escape of one of the schools main-
tained by appellee. It appears the child tripped over a
pile of books placed on the steps by other pupils during
recess. Appellants contended that permitting the chil-

dren to place books on the fire escape as a daily habit and to use it for play, constituted a nuisance which the school district negligently permitted to exist.

The court below properly concluded that the condition described by appellants' witnesses did not constitute a nuisance. At most, the agents and servants of the school district were negligent in permitting the pupils to do the things related, and it is well settled that a school district is not liable for the ordinary negligence of its employees: *Carlo v. Scranton School District,* 319 Pa. 417.

Judgment affirmed.